UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THOMAS H. CLAY, | § | |
|     Petitioner, | § | |
| v. | § | C.A. NO. C-05-427 |
| | § | |
| DOUGLAS DRETKE | § | |
|     Respondent. | § | |

## MEMORANDUM OPINION AND ORDER DENYING PLAINTIFF'S SECOND MOTION FOR ENTRY OF DEFAULT JUDGMENT

On December 28, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 24). After ample opportunity, no objections have been filed by either party. This Court regards such omission as each party's agreement with and acceptance of the Magistrate Judge's findings of fact and conclusions of law. Having reviewed the pleadings on file, the Court finds no clear error in the Magistrate Judge's Memorandum and Recommendation. *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). This Court adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, plaintiff's second motion for entry of default judgment (D.E. 19) is denied.

ORDERED this   7th   day of   February  , 2006.

                                                                                   _____
                                                                                     HAYDEN HEAD
                                                                                     CHIEF JUDGE